# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

## CRIMINAL MINUTES – ARRAIGNMENT AND GUILTY PLEA HEARING

**Case No.:** 4:18CR00011-007  **Date:** 11/6/2018

**Defendant:** Matthew Caesar Ferguson, custody  **Counsel:** Fred Heblich, FPD

PRESENT:
- JUDGE: Michael F. Urbanski, CUSDJ   TIME IN COURT: 4:40-5:22  42 minutes
- Deputy Clerk: Kristin Ayersman
- Court Reporter: Mary Butenschoen
- U. S. Attorney: Heather Carlton, Ron Huber
- USPO: Larry Breckenridge
- Case Agent: Devin Taylor, FBI
- Interpreter: none

## ARRAIGNMENT PROCEEDINGS AND CHANGE OF PLEA PROCEEDINGS:

☒ USA moves to unseal superseding indictmentas to this defendant only – granted by oral order.
☒ Defendant states that true name is Matthew Casear Ferguson. Defendant has been given a copy of Indictment.
☒ Defendant placed under oath. Court questions defendant regarding his/her physical and mental condition, and advises defendant of his/her rights, and the nature and possible consequences of plea.
☒ Defendant(s) waives reading of Superseding Indictment.

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | Ct 1 | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

☒ Defendant(s) is re-arraigned specifically as to Count One of the Superseding Indictment and specifically advised of rights (Rule 11 F.R.C.P).
☒ Court accepts plea of guilty.
☒ Guilty plea form executed and filed; SOF filed with court.
☒ Government summarizes evidence to support plea and rests.
☒ Court finds defendant guilty as charged in Counts One.
☒ Court orders Presentence Report.
☒ Defendant remanded to custody. FPD notes defendant's family is present in courtroom for support.
☒ Sentencing hearing scheduled for TBA before Judge Urbanski.

Additional Information:
Court notes for defendant that Count 1 of indictment and Count 1 of superseding indictment is substantively the same for this defendant – statement agreed with by defendant/FPD – the defendant understands that the arraignment is for the superseding indictment and his plea agreement is also for the superseding indictment. The defendant understands that the other charges in the superseding indictment against this defendant are also the same as those in the

indictment, but were renumbered in the superseding indictment.