FILED IN OPEN COURT
DATE: 11/6/18
_Kaymua_
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

UNITED STATES OF AMERICA

v.  Criminal Action No. 4:18CR00011-007

MATTHEW CEASAR FERGUSON

In the presence of Frederick T. Heblich, Jr., my counsel, who has fully explained the charges contained in the superseding indictment against me, and having received a copy of the superseding indictment from the United States Attorney before being called upon to plead, I hereby plead guilty to said indictment and Count One thereof. I have been advised of the maximum punishment which may be imposed by the court for this offense. My plea of guilty is made knowingly and voluntarily and without threat of any kind or without promises other than those disclosed here in open court.

_/s/ Matthew Ferguson_
Signature of Defendant

11-6-2018
Date

_/s/_
Witness