# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

## CRIMINAL MINUTES - GUILTY PLEA HEARING

Case No.: 4:18CR00011-007   Date: 10/11/2019

**Defendant:** Matthew Caesar Ferguson, custody   **Counsel:** Mary Maguire, FPD

**PRESENT:**
- JUDGE: Michael F. Urbanski, CUSDJ
- TIME IN COURT: 1:09-2:05  56m
- Deputy Clerk: Kristin Ayersman
- Court Reporter: Judy Webb
- U. S. Attorney: Heather Carlton
- USPO: Lollie Burns
- Case Agent: Devin Taylor, FBI TFO
- Interpreter: none

**PROCEEDINGS:**

- ☐ Waiver of Indictment filed.
- ☐ Information filed.
- ☒ Plea Agreement filed with court. SOF filed with the court.
- ☐ Defendant advised of right to have U. S. District Judge accept plea. Defendant waives this right, and executes Consent to Allow U. S. Magistrate Judge to accept plea
- ☐ Defendant re-arraigned as to Counts Enter counts to which pleading guilty
- ☒ Defendant placed under oath. Court questions defendant regarding his/her physical and mental condition, and advises defendant of his/her rights, and the nature and possible consequences of plea.
- ☒ Court takes plea of guilty and plea agreement under advisement, and court finds that plea is knowing and voluntary and supported by basis in fact.
- ☒ Guilty plea form executed and filed.
- ☒ Government summarizes evidence to support plea and rests.
- ☐ Court finds defendant guilty as charged in Counts 1s
  OR
- ☐ U. S. Magistrate Judge accepts plea of guilty to Counts enter counts to which defendant pled guilty and will recommend that the U. S. District Judge find the defendant guilty of said counts.

**DEFENDANT PLEADS:**
(list counts)

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | 1s | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

- ☒ Court orders Presentence Report.
- ☐ Copy of Presentence Report not requested.
- ☐ Defendant to remain on bond.
- ☒ Defendant remanded to custody.

☒      Sentencing hearing scheduled for TBD before Judge Urbanski.

<u>Additional Information:</u>

Defedant states on record that the SOF entered today is correct.  FPD states truth of either SOF does not need to factor into the court's acceptance of his plea.  Court addresses defendant directly.  US states a trial exhibit from FB corroborates defendant's current statement.  FPD restates that statements made at each plea hearing are more appropriately addressed on cross-examination, objects to court asking for reason for different statements for reasons stated on the record.  Defendant states that the November SOF was because he was advised by first lawyer, Allegra Black, to say that - statement made on advice of counsel.  Court asks defendant if today's SOF is true and correct, defendant states it is.  Court confirms with both counsel that this is the correct SOF.